UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MILWAUKEE ELECTRIC TOOL,                         :
                                                 :
                Plaintiff,                        :
vs.                                              :    Civil Action No. 1:24-cv-1418-MMG
                                                 :
   MAERSK, A/S,                                   :
                                                 :
                Defendants.                       :
------------------------------------------------------------X

## <u>CONDITIONAL ORDER OF DISMISSAL</u>

Having been advised that a settlement has been reached in principle among the parties, the Court dismisses this case without prejudice to reinstatement of any parties' claims, if any party represents to the Court on or before April 27, 2025, that the settlement could not be completed, documented, and/or funded by the above referenced deadline.

All previously set court-ordered deadlines, motion deadlines, and court appearances are vacated without prejudice to renewal by any party should the settlement not be completed, documented, and/or funded by April 27, 2025.

SO ORDERED.  Dated April 1, 2025.

_____
MARGARET M. GARNETT
U.S. DISTRICT JUDGE